# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHEY GARRISON GUIDI, | Case No. 2:17-cv-02946-APG-CWH |
| Plaintiff, | |
| v. | |
| QUALITY LOAN SERVICE CORP. et al., | **ORDER** |
| Defendants. | |

Presently before the Court is pro se Plaintiff Richey Garrison Guidi's notice to the Court of Defendants' non-compliance (ECF No. 12), filed on December 20, 2017. Defendant filed a response (ECF No. 15) on December 28, 2017. This document is styled as a "notice" but appears to be a motion to strike. Given Plaintiff's pro se status, the Court will construe the document as a motion to strike.

Plaintiff's notice requests that the Court strike Defendant's motion to dismiss (ECF No. 6), arguing that the motion failed to comply with Local Rule IA 10-1, which requires that all documents filed with the Court must be legible and must not be double-sided. Plaintiff argues that Defendant's motion to dismiss was mailed to him were "doubled sided and disheveled making it impossible for Plaintiff to reference." However, Local Rule IA 10-1 applies to documents filed with the Court, not documents served on parties. Further, as Plaintiff was able to file a response (ECF No. 9) to Defendant's motion to dismiss, the Court finds no prejudice.

IT IS THEREFORE ORDERED that Plaintiff's motion to strike is DENIED.

DATED: January 2, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge