# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHEY GARRISON GUIDI, | Case No. 2:17-cv-02946-APG-CWH |
| Plaintiff, | |
| v. | |
| QUALITY LOAN SERVICE CORP., | **ORDER** |
| Defendants. | |

Due to an unforeseen scheduling conflict, the hearing in this matter currently scheduled for February 22, 2018 is VACATED. The Court regrets any inconvenience to the parties. A separate order to reschedule the hearing will be issued shortly.

DATED: February 16, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1